IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the September 19, 2009 "Number One": Mayweather, Jr./Marquez Event<br><br>Plaintiff,<br><br>v.<br><br>1) SURF EXTREME ENTERTAINMENT BAR, INC., Individually and d/b/a PADRE SPORT & GRILL and d/b/a PADRE ROCK & GRILL and d/b/a PADRE ROCK;<br>2) GABRIEL VANOUNOU, Individually and d/b/a PADRE SPORT & GRILL and d/b/a PADRE ROCK & GRILL and d/b/a PADRE ROCK; and<br>3) JACOB OHAYON, Individually and d/b/a PADRE SPORT & GRILL and d/b/a PADRE ROCK & GRILL and d/b/a PADRE ROCK,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§<br><br>Civil Action No. 1:12-cv-00183 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and 1) Surf Extreme Entertainment Bar, Inc., Individually and d/b/a Padre Sport & Grill and d/b/a Padre Rock & Grill and d/b/a Padre Rock; 2) Gabriel Vanounou, Individually and d/b/a Padre Sport & Grill and d/b/a Padre Rock & Grill and d/b/a Padre Rock; 3) Jacob Ohayon, Individually and d/b/a Padre Sport & Grill and d/b/a Padre Rock & Grill and d/b/a Padre Rock; and 4) Moises Mena, Individually and d/b/a Padre Sport & Grill and d/b/a Padre Rock & Grill and d/b/a Padre Rock (collectively "Defendants") announced to the Court that this case is settled. Plaintiff and Defendants also announced to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants as well as any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final judgment, any relief not expressly granted herein is hereby DENIED.

SO ORDERED.

Signed this ___1st___ day of ___August___, 2013.

_____
Andrew S. Hanen
United States District Judge


AGREED TO:

By: _____
David M. Diaz
State Bar No. 24012528
Southern District Bar No. 889588
Andrew R. Korn
State Bar No. 11683150
Southern District Bar No. 13801

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: _____
Larry Mark Polsky, Esq.
Texas State Bar No. 16105500

5508 Padre Blvd., Suite A
South Padre Island, Texas 78597
Telephone: (956) 761-1529
Fax: (956) 761-1599

ATTORNEY FOR DEFENDANTS